# Third District Court of Appeal

## State of Florida

Opinion filed July 31, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-0106
Lower Tribunal No. 21-0464
_____

**Emanuela S. Hysko Kasdas,**
Appellant,

vs.

**Paul Kasdas,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Samantha Ruiz Cohen, Judge.

Law Office of David Scott, P.A., and David M. Scott (Ft. Lauderdale), for appellant.

Hoffman, Larin & Agnetti, P.A., and John B. Agnetti, and Daniel H. Kent, for appellee.

Before EMAS, FERNANDEZ, and LINDSEY, JJ.

PER CURIAM.

Affirmed.